UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELA RAMOS,<br><br>                    Plaintiff,<br><br>            -against-<br><br>SABOR TROPICAL RESTAURANT CORP.,<br>JOSE VENTURA, and BEANELBA<br>AUSTATE,<br><br>                    Defendants. | Case No. 1:25-cv-05075 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 5, 2025, given Defendants' failure to respond to Plaintiff's Complaint despite multiple extensions and warnings from the Court, the Court ordered Plaintiff to file a motion for default judgment no later than October 31, 2025. *See* Dkt. 16. On October 31, 2025, Plaintiff filed a Proposed Clerk's Certificate of Default for each Defendant, *see* Dkts. 19-21, and on November 3, 2025, Plaintiff filed an Affirmation in Support of each proposed certificate, Dkt. 22. To date, however, Plaintiff has not filed a motion for default judgment as ordered.

Plaintiff shall comply with the Court's September 5, 2025 Order forthwith. Plaintiff's failure to do so may result in dismissal for failure to prosecute.

Dated: November 14, 2025
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge