

# Heriberto Cabrera&
ASSOCIATES • ATTORNEYS AT LAW

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

November 18, 2025

Request GRANTED.  Plaintiff's motion for default judgment is due by December 9, 2025.

Dated: November 19, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  Carmela Ramos v. Sabor Tropical Restaurant Corp., et al
     Dkt. No.: 25-cv-05075-JLR

Dear Judge Rochon:

    I represent Plaintiff in the above-referenced action. Pursuant to the Court's Order dated September 5, 2025, directing Plaintiff to file a motion for default judgment, Plaintiff respectfully submits this letter-motion requesting a three-week extension of time to file the motion.

    Plaintiff's counsel sincerely apologizes to the Court for the delay in filing the motion within the time originally directed by the Court. Counsel acknowledges that part of the delay arose from confusion regarding the procedural step required — specifically, counsel mistakenly believed that the appropriate action at this stage was to first request a Certificate of Default, rather than filing the full motion for default judgment as instructed by the Court. Counsel takes full responsibility for this oversight and any inconvenience caused to the Court.

    Plaintiff is finalizing the required supporting documentation, including verification of the Defendant's Social Security number and date of birth to ensure compliance with the Service Members Civil Relief Act, as required when requesting default judgment. Plaintiff requires a brief extension to complete this verification process and to assemble the accompanying documents for the default judgment motion.

    Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file the motion for default judgment to and including December 9, 2025.

    The requested extension will not prejudice any party, and Defendant has not appeared or otherwise opposed this action.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Heriberto A. Cabrera
Heriberto A. Cabrera, Esq.
Attorney for Plaintiff