

**Heriberto Cabrera&**

ASSOCIATES • ATTORNEYS AT LAW

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

January 12, 2026

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Carmela Ramos v. Sabor Tropical Restaurant Corp., et al
     Dkt. No.: 25-cv-05075-JLR

Dear Judge Rochon:

We represent Plaintiff in the above-referenced action. We respectfully submit this letter motion requesting a brief adjournment of the default judgment hearing currently scheduled for January 14, 2026 at 2:00pm.

The undersigned has just been advised that Plaintiff has been ill for approximately the past month and remains largely homebound. Plaintiff is an elderly woman who suffers from asthma, and is experiencing shortness of breath with even minimal physical exertion, making it difficult for her to travel to Court or participate meaningfully in the hearing.

A brief adjournment would allow Plaintiff additional time to recuperate sufficiently to appear before the Court. Defendants are already in default, and Plaintiff submits that a short adjournment will not result in any prejudice.

Accordingly, Plaintiff respectfully requests that the Court adjourn the default judgment hearing to a date the Court deems appropriate. We thank the Court for its time and consideration.

Request GRANTED, and the default judgment hearing currently scheduled for January 14, 2026, is adjourned.  By separate order, the Court will refer this motion to a Magistrate Judge for a report and recommendation, and Plaintiff may contact the Magistrate Judge's chambers to reschedule the adjourned hearing.

Respectfully submitted,

*Heriberto Cabrera*
Heriberto A. Cabrera, Esq.
Attorney for Plaintiff

Dated: January 12, 2026
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**