**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Carmela Ramos,

                              Plaintiff,

                -against-

Sabor Tropical Restaurant Corp., et al.,

                              Defendants.

1:25-cv-05075 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On January 12, 2026, this action was referred to the undersigned for a Report and Recommendation on Plaintiff's motion for a default judgment and an inquest on damages. (*See* Referral Order, ECF No. 34; Pl.'s Mot. for Default J., ECF No. 29.) The deadline for Defendants to file any opposition to Plaintiff's motion was January 13, 2026 (*see* 12/10/25 Order, ECF No. 30) and no opposition has been filed.

"Under Rule 55(b) of the Federal Rules of Civil Procedure, where a party has applied for a default judgment, the '[district] court *may* conduct hearings or make referrals' in order to, among other things, 'determine the amount of damages[,] establish the truth of any allegation by evidence[,] or investigate any other matter.'" *Finkel v. Romanowicz*, 577 F.3d 79, 87 (2d Cir. 2009) (quoting Fed. R. Civ. P. 55(b)(2)(B)-(D)). "In permitting, but not requiring, a district court to conduct a hearing before ruling on a default judgment, Rule 55(b) commits this decision to the sound discretion of the district court." *Id.* The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir.

1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted).

Plaintiff has indicated his desire for the Court conduct the inquest based solely on written submissions. (*See* Pl.'s 1/21/25 Ltr., ECF No. 35.) It is hereby Ordered that, if any Defendant seeks an evidentiary hearing, they must file a letter no later than February 8, 2026 setting forth the reason(s) why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

It is further Ordered that Plaintiff promptly serve a copy of this Order on Defendants by mail and, no later than January 27, 2026, file proof of service on the ECF docket.

**SO ORDERED.**

DATED:   New York, New York
         January 22, 2026

_____

STEWART D. AARON
United States Magistrate Judge