**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CARMELA RAMOS,

                       Plaintiff,                   25 **CIVIL** 5075 (JLR)(SDA)

    -against-                          **JUDGMENT**

SABOR TROPICAL RESTAURANT CORP., et al.,

                      Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 2, 2026, the Report and Recommendation is ADOPTED in its entirety. It is hereby further ORDERED, that Plaintiffs motion for default judgment is GRANTED in part and DENIED in part, that judgment be entered in favor of Plaintiff against Defendants, and that Plaintiff be awarded the following relief: Compensatory damages in the amount of $119,479.00; Liquidated damages in the amount of $119,479.00; Statutory damages under the NYLL in the amount of $10,000.00; Pre-judgment interest on the sum of $119,479.00, from February 15, 2022, up to the date of this judgment at the rate of 9% per annum, and thus totaling $44,397.09; Post-judgment interest in accordance with 28 U.S.C. § 1961; A 15% penalty on any amount of the damages awarded herein that remains unpaid ninety days after the date of this Order; and Attorneys' fees and costs in the amount of $4,052.40. Accordingly, the case is closed.

**Dated:**  New York, New York

April 2, 2026

**TAMMI M. HELLWIG**

———————————————

**Clerk of Court**

**BY:**

———————————————

**Deputy Clerk**
